**Opinion issued September 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00226-CV

_____

**RONI SINGER, FORMERLY KNOWN AS RONI S. WILLIAMS, Appellant**

**V.**

**ROBERT L. WILLIAMS, Appellee**

---

**On Appeal from the 247th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-71242**

---

## MEMORANDUM OPINION

Appellant, Roni Singer, formerly known as Roni S. Williams, has filed an unopposed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.